*W. Ernest Watkins,* for plaintiff in error.

*John R. L. Smith,* contra.

---

## WRIGHT *v.* THE STATE.

HOLDEN, J. The only grounds of the motion for a new trial were that the court erred in refusing the motion of the plaintiff in error for a con-tinuance and the general grounds that the verdict was contrary to law and evidence and without evidence to support it. The motion for a con-

tinuance was one addressed to the discretion of the court. It appearing that the court did not abuse his discretion in refusing the motion for a continuance, and the evidence being sufficient to support the verdict, the judgment overruling the motion for a new trial is

*Affirmed. Beck, J., absent. The other Justices concur.*

AUGUST 18, 1911.

Indictment for murder. Before Judge Daniel. Butts superior court. May 16, 1911.

*C. L. Redman,* for plaintiff in error. *T. S. Felder, attorney-general,* and *J. W. Wise, solicitor-general,* contra.

*Judgment affirmed. Beck, J., absent. The other Justices concur.*

